**Ludie HARRIS v. STATE.**
No. 13606.

Court of Criminal Appeals of Texas.
June 4, 1930.

Rehearing Denied Nov. 19, 1930.

Scott, Casey & Hall, of Marshall, for appellant.

A. A. Dawson, State's Atty., of Canton, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The special charge asked by appellant was given by the court below. The indictment correctly charges the offense, and is followed by the court's charge, the judgment, and sentence.

No error appearing in the record, the judgment will be affirmed.

**David LAMB v. STATE.**
No. 13956.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty, confinement in the penitentiary for one year.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

HAWKINS, J., absent.

**Cecil McANALLY v. STATE.**
No. 13904.

Court of Criminal Appeals of Texas.
Nov. 5, 1930.

W. R. Parker, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Possession of equipment for the unlawful manufacture of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

HAWKINS, J., absent.

**Charley MILES v. STATE.**
No. 14041.

Court of Criminal Appeals of Texas.
Nov. 12, 1930.

Harris & Harris, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, two years in the penitentiary.

This record is here without statement of facts or bills of exception. The indictment sufficiently charges the offense, and is followed by the charge of the court, the judgment, and sentence, and, no error appearing, the judgment will be affirmed.

HAWKINS, J., absent.